UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ARTURO VILLARREAL                                                                PETITIONER

v.                       Case No. 2:17-cv-00118-KGB/JTR

GENE BEASLEY, Warden
FORREST CITY                                                                     RESPONDENT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Arturo Villarreal's claims are dismissed without prejudice.

So adjudged this the 26th day of January, 2018.

Kristine G. Baker
United States District Judge